No. 76–271.  BANK OF THE COMMONWEALTH v. ISRAEL-BRITISH BANK (LONDON), LTD., ET AL.; and

No. 76–272.  FEDERAL DEPOSIT INSURANCE CORP. v. ISRAEL-BRITISH BANK (LONDON), LTD., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–294.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–296.  ADCOX v. CADDO PARISH SCHOOL BOARD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–302.  ALLEN ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–314.  WUCO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–320.  DOVER CORP., NORRIS DIVISION v. NATIONAL LABOR RELATIONS BOARD.  C. A. 10th Cir.  Certiorari denied.

No. 76–325.  THORNTON ET AL., ADMINISTRATORS v. DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 76–329.  CORDECO DEVELOPMENT CORP. v. VASQUEZ ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 76–330.  PARKER v. BOORSTIN, LIBRARIAN OF CONGRESS, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 76–345.  VARDY v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–347.  PATTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.